IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 9 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00272-BNB

STEVEN A. BEACH,

     Applicant,

v.

SARA M. REVELL, Warden, et al.,

     Respondent.

_____

ORDER TO CURE DEFICIENCIES

_____

Applicant, Steven A. Beach, is a prisoner in the custody of the United States

Bureau of Prisons at the United States Penitentiary at Florence, Colorado. Mr. Beach

initiated this action by filing *pro se* in the United States District Court for the Eastern

District of Texas a pleading that was construed as a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2241. On January 15, 2008, the Eastern District of Texas

entered an order directing that the action be transferred to this court. The court

received the transferred action on February 8, 2008. On February 11, 2008, Mr. Beach

filed in this court a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28

U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas

Corpus Pursuant to 28 U.S.C. § 2241.

The court has reviewed Mr. Beach's amended habeas corpus application and *in*

*forma pauperis* motion and finds that those documents are deficient. The amended

habeas corpus application is largely blank and is not signed. Although Mr. Beach has

attached to the amended habeas corpus application an unsigned copy of the pleading

he filed in the Eastern District of Texas, he still must complete and sign the court's habeas corpus application form. In addition, the *in forma pauperis* motion is deficient because Mr. Beach failed to submit a certified copy of his inmate trust fund account statement in support of the *in forma pauperis* motion. Mr. Beach will be directed to cure these deficiencies if he wishes to pursue his claims in this court in this action. Accordingly, it is

ORDERED that Mr. Beach cure the deficiencies identified in this order **within thirty (30) days from the date of this order**. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Beach, together with a copy of this order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that if Mr. Beach fails to cure the deficiencies identified in this order within the time allowed, the action will be dismissed without further notice.

DATED February 19, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  08-cv-00272-BNB

Steven A. Beach
Reg. No. 76565-080
USP - Florence
PO Box 7000
Florence, CO 81226


I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on 2/19/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk